Civil- (Dec-2008)

HONORABLE: _____

DEPUTY CLERK _____  RPTR/ECRO/TAPE _____

TOTAL TIME: _____ hours _____ minutes

DATE: _____ START TIME: _____ END TIME: _____

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. _____

_____

vs                                                         Plaintiff's Counsel

_____
State Police                                               Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☐ …..#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …..      Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …..      Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …..      Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ….       Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …..      ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ ☐ filed ☐ docketed
☐ ………… _____ Hearing continued until _____ at _____